Coleman W. Watson, Esq.
coleman@watsonllp.com
California Bar No.: 266015
*Attorneys for Plaintiff, Coding Technologies, LLC*
Watson LLP
189 S. Orange Avenue, Ste. 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CODING TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DRISCOLL'S INC.,<br><br><br>    Defendant. | **Case No.: 5:19-cv-00069-SVK**<br><br>**NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL** |

     Plaintiff, CODING TECHNOLOGIES, LLC, hereby gives notice that this action has been settled and, pursuant to Fed. R. Civ. P. 41(a), dismisses, with prejudice, all claims against Defendant, DRISCOLL'S INC., with the parties to each bear their own attorneys' fees and expenses.

**DATED** on March 5, 2019

                                 Respectfully submitted,

                                 WATSON LLP

WATSON LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Telephone: 407.377.6634

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar Reg. No. 4850004
Email: coleman@watsonllp.com
  docketing@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Telephone: 407.377.6634
Facsimile: 407.377.6688

*Attorneys for Plaintiff,*
*Coding Technologies, LLC*

NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL -2